opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PANTHA BROWN BERRY, Respondent, v. IRA M. HUGGAN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LAURA N. SMITH, Respondent, v. EDWARD W. BROWNING, Appellant. — Order affirmed, with ten dollars costs and disbursements.'  No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of LANSING LIQUIDATION CORPORATION, Appellant, a Stockholder in the BANKERS' ENCYCLOPEDIA COMPANY, Respondent, for the Appointment of Three Persons to Appraise the Value of its Stock.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH M. CONKLIN, as General Assignee for the Benefit of Creditors of CESARE CONTI, Appellant, v. FEDERAL TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HERMAN FELDMAN, Respondent, v. WASHBURN WIRE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Time of defendant to answer extended as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FIRST NATIONAL BANK OF HIGHBRIDGE, N. J., Respondent, v. CHARLES I. HUDSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., and Others, Respondents, v. CLINTON H. CRANE and Others, Impleaded with EMILY LEFFERTS JONES and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Smith, J., dissented on the ground that the statute* purporting to give jurisdiction over the foreign executor without showing property in this State is unconstitutional.

ROBERT HOLMES, Individually and as Trustee, etc., and Others, Respondents, v. CLINTON H. CRANE and Others, Impleaded with EMILY LEFFERTS JONES and Others, Appellants.— Order affirmed, without costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Smith, J., dissented on above ground.   (See, *ante*, p. 914.)

JAMES S. HERRMAN and Another, Appellants, v. PHILIP HERRMAN and Another, Respondents.— Judgment affirmed, with costs.   No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOSEPH D. BAUCUS, Appellant, v. ERNEST H. B. WEATHERALL, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SAMUEL J. RONSHEIM, Appellant, v. KNICKERBOCKER ICE COMPANY

---

* See Code Civ. Proc. § 1836a, as added by Laws of 1911, chap. 631.— [REP.